UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-CV-00709-FDW-DCK

FARIDAH SABREE,

    Plaintiff,

v.

PENNYMAC HOLDINGS, LLC
PENNYMAC FINANCIAL SERVICES, INC.
PENNYMAC LOAN SERVICES, LLC,

    Defendants.

**ORDER**

THIS MATTER is before the Court on Defendant's, PennyMac Financial Services, Inc., Motion to Dismiss for Lack of Jurisdiction (Doc. No. 6). For the reasons stated herein, this Motion is DENIED AS MOOT.

Defendant moves to dismiss Plaintiff's Complaint (Doc. No. 1-1) for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2). (Doc. No. 6). However, because Plaintiff filed a Stipulation of Dismissal (Doc. No. 12) shortly after the Defendant's Motion to Dismiss, Defendant's Motion is moot. Therefore, Defendant's Motion to Dismiss for Lack of Jurisdiction (Doc. No. 6) is DENIED AS MOOT.

IT IS SO ORDERED.

Signed: June 8, 2021

Frank D. Whitney
United States District Judge

1