# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:20-CV-709-FDW-DCK

| | |
|---|---|
| **FARIDAH SABREE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **ORDER** |
| | ) |
| **PENNYMAC HOLDINGS, LLC, and** | ) |
| **PENNYMAC LOAN SERVICES, LLC,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendants' "Motion To Extend Word Limitations" (Document No. 16) filed July 20, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Whitney's chambers, the undersigned will <u>deny</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendants' "Motion To Extend Word Limitations" (Document No. 16) is **DENIED**.

**SO ORDERED**.

Signed: July 20, 2021

David C. Keesler
United States Magistrate Judge